IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03351-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JENNIFER PRUETT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2014.**

    Defendant Jennifer Pruett's Unopposed Motion for Leave to Appear Telephonically or via Video at the Scheduling Conference set for June 20, 2014 [filed June 19, 2014; docket # 30] is **granted**. The parties shall conference call together before contacting Chambers at 303-844-4507 at 10:15 a.m. on June 20, 2014.