IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03351-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JENNIFER PRUETT,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on July 10, 2014 (ECF No. 35). The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation of Dismissal With Prejudice is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated:  July 10, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge